1  Guy J. Lewis, SBN 90413
2  Eric N. Scholnick, SBN 98782
   LEWIS & SCHOLNICK
3  660 S. Figueroa Street, Suite 1720
   Los Angeles, California 90017-3433
4  Telephone: (213) 627-0800
5  Facsimile: (213) 627-7262
   Email:  gjl@lewischolaw.com

6                                                    JS-6

7  Attorneys for Plaintiffs

8

                     UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  JOAQUIN CASTRO CRUZ,            )    CASE NO. CV10-08455-R-VBK
                                    )
12              Plaintiff,          )       ORDER TO
13  vs.                             )       REMAND
                                    )
14  CAMPBELL INDUSTRIES, INC.       )    Honorable Manuel L. Real
    et al.                          )
15                                  )    Date:  2/7/11
                                    )    Time:  10:00 a.m.
16              Defendants.         )    Ctrm:  8
                                    )
17

18         After due consideration of the Motion and supporting papers of Plaintiff,
19
    as well as the Notice of Removal and opposition papers filed by Defendant
20
    Campbell Industries, Inc.:
21
22         IT IS HEREBY ORDER that this cause is remanded to the Superior Court
23  of the State of California for the County of Los Angeles, Central District.

24  Dated:  February 10, 2011
25
26
                            _____
27                          MANUEL L. REAL
                            Judge U.S. District Court
28

                                     1

                        PROPOSED ORDER TO REMAND